# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00253-CV

**J. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2021-0494A, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In the above cause, appellant J.L. has filed a request for a de novo hearing from the associate judge's finding of "aggravated circumstances" under section 262.2015(b)(3)(I) of the Texas Family Code. It appears that the request was mistakenly filed and docketed in this Court as a notice of appeal.[1] A finding of aggravated circumstances in a parental-termination case is not a final order, and it does not fall within any of the categories of appealable interlocutory orders. *See Hernandez v. Dep't of Family & Protective Servs.*, 392 S.W.3d 188 (Tex. App.–El Paso 2012, no pet.); *see also* Tex. Civ. Prac. & Rem. Code § 51.014. Accordingly, we dismiss the appeal for want of jurisdiction.

---

[1] This Court requested a response from appellant explaining how this Court may exercise jurisdiction over this appeal. As of the date of this order, no response has been received

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed:   June 29, 2021